Florence J. Victor, Administratrix of Estate of Harry Philip Victor, Deceased, Appellee, v. William L. Dehmlow, Administrator of Estate of William A. Dehmlow, Deceased, and William L. Dehmlow, Appellants.

Gen. No. 44,270. ▮▮▮▮▮▮▮▮▮

First District, Third Division.

May 9, 1951.

Released for publication July 9, 1951.

Hinshaw & Culbertson, for appellants; Oswell G. Treadway, of counsel; Royal W. Irwin, and James A. Dooley, for appellee. Opinion by JUDGE LEWE. Not to be published in full.